UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:26-cv-01727-AB-BFM | Date: | March 16, 2026 |
|---|---|---|---|

Title: *Sean James v. Walmart Inc. et al.*

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

The Court set a Scheduling Conference for March 20, 2026. *See* Order (Dkt. No. 8). The Order requires the parties to file a Joint Rule 26(f) Report by 14 days before the scheduling conference. *See* Order § I. Defendant filed a unilateral Report, indicating that although it tried to coordinate the preparation and filing of the Report jointly with Plaintiff, Plaintiff did not respond to its efforts. *See* Unilateral Rule 26(f) Report (Dkt. No. 9).

Although all parties—and the Court—are responsible for the timely progress of a case, a plaintiff, as the party who filed an action, bears the primary responsibility for ensuring compliance with deadlines that apply to them. The Court therefore **ORDERS** Plaintiff to show cause why this case should not be dismissed for lack of prosecution given his apparent failure to participate in the preparation and filing of a Joint Rule 26(f) Report.

An appropriate response must include a declaration explaining why Plaintiff did not participate in preparing the Rule 26(f) Report. If Plaintiff intends to pursue this action, he must file a Revised Joint Rule 26(f) Report that he participated in preparing. Plaintiff must file a response by **April 3, 2026**. The Scheduling Conference is **CONTINUED to April 17, 2026 at 10:00 a.m.** The Court informs the parties that it usually enters scheduling orders based on the Joint Rule 26(f) Report without conducting a conference with counsel.

**If Plaintiff does not respond to this OSC by April 3, 2026, the case will be dismissed without further notice for lack of prosecution and for failing to comply with Court orders.**

**IT IS SO ORDERED**.

CV-90 (12/02)                    **CIVIL MINUTES – GENERAL**                    Initials of Deputy Clerk EVC

2