# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JAMES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART COMPANY, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:26-CV-01727-AB (BFMx)<br><br>**DISCOVERY MATTER:**<br><br>**ORDER ON STIPULATION RE: PROTECTIVE ORDER**<br><br><br>Courtroom:      7B<br>District Judge:   Andre Birotte Jr.<br>Magistrate Judge: Brianna Fuller Mircheff<br>Complaint Filed: October 24, 2025 Trial<br>Date:      Not Set |

ORDER ON STIPULATION

Based on the parties' stipulation and good cause appearing, the Court hereby ENTERS the Protective Order as set forth.

IT IS SO ORDERED.

Dated: 06/03/2026



_____
Hon. Brianna Fuller Mircheff
United States Magistrate Judge

1

2354-9810